Closed SEND

**FILED**
JUL 29 1999
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS; et al, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PETE WILSON, Governor, of the State of California; et al, <br><br> Defendants-Appellants. | No. 98-55671 <br><br> DC# CV-94-07569-MRP(JR) <br> Central California <br> (Los Angeles) <br><br>  <br> LODGED CLERK, U.S. DISTRICT COURT <br> AUG 2 1999 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |
| BARBARA AYALA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> PETE WILSON, Governor, of the State of California; et al, <br><br> Defendants-Appellants. | No. 98-55681 <br><br> DC# CV-94-07571-MRP(JR) <br><br>  <br> FILED CLERK, U.S. DISTRICT COURT <br> AUG - 5 1999 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |


ENTERED
CLERK, U.S. DISTRICT COURT
AUG - 6 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY


A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 29 1999
by: _____ Deputy Clerk

✓ DOCKETED
5 MLD COPY PTYS
___ MLD NOTICE PTYS
✓ JS-6

440,

| | |
|---|---|
| CARLOS P., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> PETE WILSON, Governor, of the State of California; et al, <br><br> Defendants-Appellants. | No. 98-55682 <br><br> DC# CV-95-00187-MRP(JR) |
| GREGORIO T., et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PETE WILSON, Governor, of the State of California; et al, <br><br> Defendants-Appellants. <br><br> v. <br><br> CALIFORNIA ASSOCIATION OF CATHOLIC HOSPITALS, et al, <br><br> Plaintiffs - Intervenors. | No. 98-55687 <br><br> DC# CV-94-07652-MRP(JR) |

| | |
|---|---|
| GREGORIO T., et al., <br><br> Plaintiffs/Cross-Appellants, <br><br> v. <br><br> PETE WILSON, Governor, of the State of California; et al, <br><br> Defendants/Cross-Appellees. | No. 98-55692 <br><br> DC# CV-94-07652-MRP(JR) <br><br> ORDER |

Pursuant to the stipulation of the parties, these appeals are dismissed without prejudice to reinstatement only in the event the district court disapproves the stipulation on or before September 30, 1999. Reinstatement shall be by notice filed by any appellant or cross-appellant within 10 days of the date of the district court's disapproval of the stipulation, but in no event later than October 10, 1999. If such notice is timely filed, the clerk immediately shall reinstate the appeals. If such notice is not timely filed, the appeals will be deemed dismissed with prejudice, the parties to bear their own costs on appeal, and attorneys fees on appeal to be determined as provided in the stipulation.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\1998\98-55671\99-07-28-dis-wop.wpd

3

INTERNAL USE ONLY: Proceedings include all events.
98-55671 LULAC, et al., et al v. Wilson, et al., et al

| | |
|---|---|
| LEAGUE OF UNITED LATIN<br>AMERICAN CITIZENS<br>    Plaintiff - Appellee | Peter A. Schey, Esq.<br>FTS 386-9484<br>213/388-8693 ext 104<br>[COR LD NTC ret]<br>CENTER FOR HUMAN RIGHTS &<br>CONSTITUTIONAL LAW<br>256 S. Occidental Boulevard<br>Los Angeles, CA 90057<br><br>Lee A. O'Connor, Esq.<br>619-233-7470<br>Suite 310<br>[COR LD NTC ret]<br>SAN DIEGO FRIENDS OF LEGAL AID<br>303 "A" Street<br>San Diego, CA 92101<br><br>Francisco A. Suarez, Esq.<br>909/469-6237<br>[COR LD NTC ret]<br>ALLIANCE FOR IMMGRANTS RIGHTS<br>1284 South Garey Ave.<br>Pomona, CA 91766<br><br>Ann L. Kanter, Esq.<br>916/443-6918<br>Suite 230<br>[COR LD NTC ret]<br>2001 "N" Street<br>Sacramento, CA 95814-4222 |
| XAVIER BECERRA, Congressman<br>    Plaintiff - Appellee | Peter A. Schey, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Lee A. O'Connor, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Francisco A. Suarez, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Ann L. Kanter, Esq.<br>(See above)<br>[COR LD NTC ret] |
| RICHARD POLANCO, Assemblyman<br>    Plaintiff - Appellee | Peter A. Schey, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Lee A. O'Connor, Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
98-55671 LULAC, et al., et al v. Wilson, et al., et al

|  |  |
|---|---|
|  | Francisco A. Suarez, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Ann L. Kanter, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MIKE HERNANDEZ, Los Angeles<br>City Councilman<br>    Plaintiff - Appellee | Peter A. Schey, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Lee A. O'Connor, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Francisco A. Suarez, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Ann L. Kanter, Esq.<br>(See above)<br>[COR LD NTC ret] |
| YVONNE BRAITHWAITE-BURKE, Los<br>Angeles County Supervisor<br>    Plaintiff - Appellee | Peter A. Schey, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Lee A. O'Connor, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Francisco A. Suarez, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Ann L. Kanter, Esq.<br>(See above)<br>[COR LD NTC ret] |
| VICTORIA CASTRO<br>    Plaintiff - Appellee | Peter A. Schey, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Lee A. O'Connor, Esq.<br>(See above)<br>[COR LD NTC ret] |
|  | Francisco A. Suarez, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JEFF HORTEN, Los Angeles City | Peter A. Schey, Esq. |