UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - APPEALS

Case No.  CV 94-7569-MRP          Date: August 5, 1999
Court of Appeals #  98-55671

Title:    League of United Latin American Citizens, etal

========================================================================
PRESENT:
           THE HONORABLE  MARIANA R. PFAELZER, JUDGE

            Robert J. Flores                    No Appearance
             Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    No Appearance                             No Appearance


**PROCEEDINGS:**    **FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS**

        _____ IN COURT        _x_ IN CHAMBERS (No hearing       _x_ COUNSEL NOTIFIED
                                   necessary)

The Court ORDERS that the mandate of the Ninth Circuit Court of Appeals:

       _____ Affirming        _____ Remanding        _____ Reversing and Remanding

       _____ Affirming in part, reversing in part    _x_ Dismissing Appeal

       _____ Other: _____

is hereby filed and spread upon the minutes of this District Court.

       _____ The record reflects that costs of the prevailing party were taxed by the
             Ninth Circuit Court of Appeals in the amount of $_____ on _____.

       _____ The Case is set for further proceedings as to _____:
             on _____ at _____.

(ENTERED _____)              _____ MAKE JS-5


MINUTES FORM CV 48                        Initials of Deputy Clerk_____
CIVIL MINUTES - APPEALS

ENTERED ON ICMS 8/6/99

AUG 6 1999

441.