Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 94-7569-MRP                         Dated: February 20, 2001
           CV 94-7570-MRP
           CV 94-7571-MRP
           CV 94-7652-MRP
           CV 95-187-MRP

Title:   LEAGUE OF UNITED LATIN AMERICAN CITIZENS ETAL -v- PETE WILSON ETAL
==============================================================================

PRESENT:   HONORABLE MARIANA R. PFAELZER, SENIOR JUDGE

           Robert J. Flores                            No Appearance
           Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

           No Appearance                               No Appearance

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the Gregorio T., plaintiffs' amended motion for attorneys fees and expenses now set for hearing on February 26, 2001 at 10:00 a.m., is hereby taken under submission and will be decided without oral argument.

MINUTES FORM 11                ENTER ON ICMS      Initials of Deputy Clerk
CIVIL -- GEN
                               FEB 21 2001

