UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CIVIL MINUTES - GENERAL

Case No.  CV 94-7569-MRP
CV 94-7570-MRP
CV 94-7571-MRP
CV 94-7652-MRP
CV 95-187-MRP

Dated: May 31, 2001

Title:    LEAGUE OF UNITED LATIN AMERICAN CITIZENS ETAL -v- PETE WILSON ETAL
================================================================================

PRESENT:  HONORABLE MARIANA R. PFAELZER, SENIOR JUDGE

Robert J. Flores                                No Appearance
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

No Appearance                           No Appearance

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the (1) CALIFORNIA STATE UNIVERSITY DEFENDANTS' NOTICE OF RULE 52(b), 59(e) AND/OR 60(b)(6) MOTION TO MAKE ADDITIONAL FINDINGS OR IN THE ALTERNATIVE TO ALTER OR AMEND THE JUDGMENT AWARDING ATTORNEYS' FEES ENTERED ON APRIL 16, 2001 OR IN THE ALTERNATIVE TO RELIEVE THEM FROM THE OPERATION OF THAT JUDGMENT (fld 4/27/01) AND (2) JOINDER OF DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA TO THE CALIFORNIA STATE UNIVERSITY DEFENDANTS' RULE 52(b), 59(e) AND/OR 60(b)(6) MOTION (fld 4/27/01) now set for hearing on June 4, 2001 at 10:00 a.m., are hereby taken under submission and will be decided without oral argument.

MINUTES FORM 11                       Initials of Deputy Clerk
CIVIL -- GEN                    ENTER ON ICMS

                                JUN - 1 2...

474