ORIGINAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

1  BILL LOCKYER, Attorney General
   of the State of California
2  CHARLTON G. HOLLAND, III
   Senior Assistant Attorney General
3  DONALD P. COLE, State Bar No. 107580
   Deputy Attorney General
4  110 West A Street, Suite 1100 (92101)
   P.O. Box 85266
5  San Diego, California 92186-5266
   Telephone: (619) 645-2076
6  Attorneys for State Defendants

RECEIVED BUT NOT FILED
MAY 18 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

FILED
JUN 20 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY CLERK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GREGORIO T., et al.,

　　Plaintiffs,

　　vs.

GRAY DAVIS, Governor of the State of California, et al.,

　　Defendants.

AND RELATED CASES

Case No. 94-7569-MRP (JRX)

Related Cases Nos. 94-7570-MRP, 94-7571-MRP, 94-7652-MRP, 95-0178-MRP

STIPULATION RE FILING OF SUPPLEMENTAL MOTIONS WITH RESPECT TO ATTORNEYS' FEES AND COSTS

Courtroom 12

The Honorable Mariana R. Pfaelzer

## INTRODUCTION

The parties to this stipulation, pursuant to the request made by the Court at the May 3, 2001, conference call with counsel for the Gregorio T. plaintiffs and the State defendants, stipulate and agree that any supplemental motions with respect to attorneys' fees and costs in the above-captioned consolidated litigation shall be filed on or before June 25, 2001. The parties do not, by executing this stipulation, make any representation as to whether or not they will file any such supplemental motions.

///
///
///
///

ENTER ON ICMS
JUN 22 2001

475

1

STIPULATION RE FILING OF SUPPLEMENTAL MOTIONS WITH RESPECT TO ATTORNEYS' FEES AND COSTS

IT IS SO STIPULATED:

Dated: May 17, 2001.

_____
Donald P. Cole
Deputy Attorney General
Counsel for State Defendants

Dated: May 10, 2001.

_____ (By Fax Authorization)
Vibiana Andrade
Mexican American Legal Defense and Educational Fund
Counsel for Plaintiffs in Gregorio T. et al. v. Davis, et al.

Dated: May 11, 2001.

_____ (By Fax Authorization)
Carlos Holguin
Center for Human Rights and Constitutional Law
Counsel for Plaintiffs in League of United Latin American Citizens, et al. v. Davis, et al.

Dated: May 10, 2001.

_____ (By Fax Authorization)
Stephen Glick
Kumetz & Glick
Counsel for Plaintiffs in Barbara Ayala, et al. v. Davis, et al.

Dated: May ___, 2001.

_____
Stephen Yagman
Yagman & Yagman
Counsel for Plaintiffs in Children Who Want an Education, et al. v. Davis, et al.

Dated: May 16, 2001.

_____ (By Fax Authorization)
Robert A. Holland
Counsel for Plaintiff-Intervenors California Association of Catholic Hospitals and Catholic Health Association of the United States

2

STIPULATION RE FILING OF SUPPLEMENTAL MOTIONS WITH RESPECT TO ATTORNEYS' FEES AND COSTS

Dated: May 11, 2001.

_David M. Birnbaum (By Fax authorization)_
David M. Birnbaum
Counsel for Defendant The Regents of the
University of California

Dated: May 16, 2001.

_Karen L. Robinson (By Fax authorization)_
Karen L. Robinson
Office of General Counsel
Counsel for Defendants the Board of Trustees of the
California State University and Chancellor of The
California State University

## ORDER

IT IS HEREBY ORDERED that any supplemental motions with respect to attorneys' fees and costs in the above-captioned consolidated litigation are to be filed on or before June 25, 2001.

Dated: June 18, 2001

_Mariana R. Pfaelzer_
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION RE FILING OF SUPPLEMENTAL MOTIONS WITH RESPECT TO ATTORNEYS' FEES AND COSTS

# DECLARATION OF SERVICE BY MAIL

Case Name: **GREGORIO T. et al., v. GRAY DAVIS, Governor of the State of California, et al., AND RELATED CASES**

US District Court, Central District Case No. **94-7569 MRP (JRX)**
**Related Cases Nos: 94-7570-MRP, 94-7571-MRP, 94-7652-MRP & 95-0178-MRP**

I declare:

I am employed in the County of San Diego, California. I am 18 years of age and not a party to the within entitled cause; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, California 92101.

On **May 17, 2001**, I served the attached

**STIPULATION RE FILING OF SUPPLEMENTAL MOTIONS WITH RESPECT TO ATTORNEYS' FEES AND COSTS**

in said cause, by placing a true copy enclosed in a sealed envelope with postage thereon fully prepaid, in a mail box of the United States Postal Service that same day addressed as follows:

(PLEASE SEE ATTACHED SERVICE LIST)

CLERK OF THE DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 N SPRING STREET #G-8
LOS ANGELES CA 90012-4793
*(Via Overnight Mail)*

I declare under penalty of perjury the foregoing is true and correct, and this declaration was executed at Los Angeles, California, on **May 17, 2001**

LAURA G. GARRETT
Declarant

| | | |
|---|---|---|
| 1 | Mark Rosenbaum<br>**ACLU FOUNDATION OF SOUTHERN** | Bonifacio Bonny Garcia<br>**BARBOSA, GARCIA & BARNES** |
| 2 | **CALIFORNIA**<br>1616 Beverly Blvd. | 801 S. Grand Avenue, Suite 300<br>Los Angeles, California 90017-4621 |
| 3 | Los Angeles, California 90026-9930 | (Counsel for plaintiff-intervenor Islamic Center, et al.) |
| 4 | Thomas A. Saenz<br>**MEXICAN AMERICAN LEGAL** | Glen Rothner |
| 5 | **DEFENSE AND EDUCATION FUND**<br>634 South Spring Street, 11th Floor | **ROTHNER, SEGALL, BAHAN & GREENSTONE** |
| 6 | Los Angeles, California 90014<br>(Counsel for Gregorio T. plaintiffs) | 200 East Del Mar Blvd., Suite 200<br>Pasadena, California 91105-2544 |
| 7 | | (Counsel for plaintiff-intervenor California Teachers Association, et al.) |
| 8 | Peter A. Schey<br>**CENTER FOR HUMAN RIGHTS &** | |
| 9 | **CONSTITUTIONAL LAW**<br>256 South Occidental Blvd. | Lee R. Rydalch<br>**CALIFORNIA STATE UNIVERSITY** |
| | Los Angeles, California 90057 | **OFFICE OF GENERAL COUNSEL** |
| 10 | (Counsel for LULAC plaintiffs) | 401 Golden Shore, 4th Floor<br>Long Beach, California 90802 |
| 11 | Fred J. Kumetz<br>**LAW OFFICES OF KUMETZ & GLICK** | (Counsel for defendant California State University) |
| 12 | 3580 Wilshire Blvd., Suite 1260<br>Los Angeles, California 90010 | David M. Birnbaum |
| 13 | (Counsel for Ayala plaintiffs) | **UNIVERSITY OF CALIFORNIA**<br>300 Lakeside Drive, 7th Floor |
| 14 | Stephen Yagman<br>**YAGMAN & YAGMAN** | Oakland, California 94607-5200<br>(Counsel for defendant University of |
| 15 | 723 Ocean Front Walk<br>Venice, California 90291 | California) |
| 16 | (Counsel for Children Who Want An Education plaintiffs) | Craig A. Horowitz<br>**OTT & HOROWITZ** |
| 17 | | 700 North Central Avenue, Suite 850<br>Glendale, California 91203 |
| 18 | Alan Rader<br>**O'MELVENY & MYERS** | (Counsel for defendants Alhambra Unified School District and |
| 19 | 1999 Avenue of the Stars<br>Los Angeles, California 90067-6035 | Heber Meeks) |
| 20 | (Counsel for Carlos P. plaintiffs) | Vilma S. Martinez |
| 21 | Francisco L. Orozco, Deputy City Attorney<br>1800 City Hall East | **MUNGER, TOLLES & OLSON**<br>355 South Grand Avenue |
| | 200 North Main Street | Los Angeles, California 90071-1560 |
| 22 | Los Angeles, California 90012-4131<br>(Counsel for plaintiff-intervenor City of Los | Spencer Covert |
| 23 | Angeles) | **PARKER, COVERT & CHIDESTER**<br>17862 E. 17th Street, Suite 204 |
| 24 | Linda S. Peterson<br>**SIDLEY & AUSTIN** | Tustin, California 92680<br>(Counsel for defendants Tustin and Orange |
| 25 | 555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013 | Unified School<br>Districts) |
| 26 | (Counsel for plaintiff-intervenor Catholic Hospitals, et al.) | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Christine Dyer |
| | 4100 Normal Street |
| 2 | San Diego, California 92103 |
| | (Counsel for defendant San Diego Unified |
| 3 | School District) |
| 4 | Janet McCormick, Deputy General Counsel |
| | **CALIFORNIA DEPARTMENT OF** |
| 5 | **EDUCATION** |
| | 721 Capital Mall, Room 552 |
| 6 | P. O. Box 944272 |
| | Sacramento, California 94244-2720 |
| 7 | (Counsel for defendant Delaine Eastin, |
| | Superintendent of Public |
| 8 | Instruction) |
| 9 | Carlyle W. Hall, Jr. |
| | **HALL & ASSOCIATES** |
| 10 | 10951 West Pico Blvd., 3rd Floor |
| | Los Angeles, California 90064 |
| 11 | |
| | Lawrence B. Garcia |
| 12 | Corporate Counsel |
| | **CATHOLIC HEALTHCARE WEST** |
| 13 | 10540 White Rock Road, Suite 130 |
| | Rancho Cordova, California 95670 |
| 14 | |
| | Diane Ross |
| 15 | **CALIFORNIA TEACHERS** |
| | **ASSOCIATION** |
| 16 | 1705 Murchison Drive |
| | Burlingame, California 94010 |
| 17 | |
| | Sharon L. Browne |
| 18 | **PACIFIC LEGAL FOUNDATION** |
| | 10360 Old Placerville Road, Suite 100 |
| 19 | Sacramento, California 95827 |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |