THOMAS A. SAENZ
VIBIANA ANDRADE
MEXICAN AMERICAN LEGAL DEFENSE
 AND EDUCATIONAL FUND
634 South Spring Street, 11th Floor
Los Angeles, California 90014
(213) 629-2512

MARK D. ROSENBAUM
E. RICHARD LARSON
ACLU FOUNDATION OF SOUTHERN
 CALIFORNIA
1616 Beverly Boulevard
Los Angeles, California 90026
(213) 977-9500

Attorneys for *Gregorio T.* Plaintiffs
(Many Additional Counsel Not Listed Here or Hereafter)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO T., *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>PETE WILSON, Governor of the State of California, *et al.*,<br><br>    Defendants.<br><hr>AND RELATED CASES | Civil Case No. 94-7653 MRP (JRx)<br><br>Related Cases: 94-7569; 94-7570; 94-7571; 95-0187<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' RULE 59(e) MOTION TO ALTER OR AMEND THE JUDGMENT (RE FEES AND EXPENSES) ENTERED ON APRIL 16, 2001**<br><br>The Honorable Mariana R. Pfaelzer |

In accordance with the Court's judgment entered on April 16, 2001, plaintiffs will be awarded interest on the judgment from the date of entry of judgment through payment at the rate of the 52-week Treasury Bill.

IT IS SO ORDERED.

Dated: July 17, 2001

_____
Hon. Mariana R. Pfaelzer

Submitted by:

By: _____
    Vibiana Andrade
    Thomas A. Saenz
    Mexican American Legal Defense
     and Educational Fund

    E. Richard Larson
    Mark D. Rosenbaum
    ACLU Foundation of Southern California

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 634 South Spring Street, 11th Floor, Los Angeles, CA 90014.

On June 1, 2001, I served **[PROPOSED] ORDER ON PLAINTIFFS' RULE 59(e) MOTION TO ALTER OR AMEND THE JUDGMENT (RE FEES AND EXPENSES) ENTERED ON APRIL 16, 2001** on the parties identified below by placing a true and correct copy thereof enclosed in a sealed envelope(s) for collection and deposit in the United States Postal Service at my place of business, following ordinary business practices addressed as follows:

Daniel E. Lungren, Attn Gen'l
Floyd D. Shimomura, Asst. Atty Gen'l
Linda A. Cabatic, Sup. Dep.
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
1300 I Street, Suite 1125
P. O. Box 944255
Sacramento, CA 94244-2550

Jon M. Ichinaga, Dep. Atty. Gen'l
OFFICE OF THE ATTORNEY GENERAL
300 S. Spring Street, Suite 500
Los Angeles, California 90013

Joseph Symkowick, Gen. Counsel
STATE DEPARTMENT OF EDUCATION
721 Capitol Mall, Room 552
P. O. Box 944272
Sacramento, CA 95814

Christine Helwick
Jessica K. Frazier
Lee R. Rydalch
CALIFORNIA STATE UNIVERSITY OFFICE OF GENERAL COUNSEL
400 Golden Shore, Suite 350
Long Beach, CA 90802-4275

James E. Holst
David M. Birnbaum
Gary Morrison
UNIVERSITY OF CALIFORNIA
1111 Franklin Street, 8th Fl.
Oakland, CA 94607-5200

Lawrence Bolton, Chief Counsel
CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
744 " P" Street
Sacramento, CA 94814

John Pierson, Chief Counsel
CALIFORNIA DEPARTMENT OF HEALTH SERVICES
714 "P" Street, Room 1216
Sacramento, California 95814

Ralph Black
Vice Chancellor Legal Affairs
CALIFORNIA COMMUNITY COLLEGE
1102 "Q" Street
Sacramento, CA 95814-6511

Stephen Yagman, Esq.
YAGMAN & YAGMAN
723 Ocean Front Walk
Venice, CA 90291

James K. Hahn, City Attorney
Julie P. Downey, City Attorney
Jessica F. Heinz, Deputy Attorney
CITY ATTORNEY'S OFFICE
1800 City Hall East
200 North Main Street
Los Angeles, CA 90012

John H. Sugiyama
SENIOR ASSISTANT ATTORNEY GENERAL
California Department of Justice
455 Golden Gate Ave.,
Ste. 11000
San Francisco, CA 94102

Peter A. Schey, Esq.
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
256 S. Occidental Boulevard
Los Angeles, CA 90057

Barbara A. Kumetz, Esq.
Fred Jack Kumetz, Esq.
Stephen Glick, Esq.
KUMETZ & GLICK
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010

Linda S. Peterson, Esq.
SIDLEY & AUSTIN
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

Lawrence B. Garcia, Esq.
CATHOLIC HEALTHCARE WEST
10540 White Rock Rd., Ste. 130
Rancho Cordova, CA 95670

Diane Ross, Esq.
Beverly Tucker, Esq.
Rosalind Wolf, Esq.
CALIFORNIA TEACHERS ASSOC.
1705 Muchinson Drive
Burlingame, CA 64010

Vilma S. Martinez, Esq.
Bradley S. Phillips, Esq.
MUNGER, TOLLES & OLSON
355 S. Grand St., 35th Floor
Los Angeles, CA 90071

Bonifacio Bonny Garcia
BARBOSA, GARCIA, LLP
801 South Grand Ave., Ste. 300
Los Angeles, CA 90017-4621

Spencer E. Covert, Esq.
PARKER, COVERT & CHIDESTER
17862 E. 17th St., Suite 204
Tustin, CA 92680

Christina Dyer, General Counsel
SAN DIEGO UNIFIED SCHOOL DIST.
4100 Normal Street
San Diego, CA 92103

Alan Rader
O'MELVNEY & MYERS
1999 Avenue of the Stars
Los Angeles, CA 90067

Craig Horowitz, Esq.
OTT, MARQUEZ & HOROWITZ
700 N. Central Avenue, Suite 875 Glendale,
CA 91203

Glenn Rothner, Esq.
Anthony R. Segall, Esq.
Lisa Payne, Esq.
ROTHNER, SEGALL, BAHAN &
GREENSTONE
200 E. Del Mar Blvd., Suite 200
Pasadena, CA 91105

Bruce Iwasaki, Esq.
Nancy Susman
O'MELVENY & MYERS
400 S. Hope Street, Suite 1060
Los Angeles, CA 90071

2

Donald P. Cole
DEPUTY ATTORNEY GENERAL
110 West A Street, Suite 100
P. O. Box 85266
San Diego, CA 92101

Shirley M. Hufstedler
Morrison & Foerster LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013-1024

D. Robert Shuman
Chief Deputy Legal Affairs Counsel
Shelleyanne W. L. Chang
Deputy Legal Affairs Counsel
Office of the Governor
State Capitol
Sacramento, CA 95814

Sharon L. Browne
Stephen R. McCutcheon, Jr.
John H. Findley
PACIFIC LEGAL FOUNDATION
10360 Old Placerville Road,
Suite 100
Sacramento, CA 95827

    I am readily familiar with the business' practices for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

    I certify or declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

06/01/2001
Date

Lucia Silva

3