THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



FILED
CLERK, U.S. DISTRICT COURT
AUG 1 3 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



ENTERED
CLERK, U.S. DISTRICT COURT
AUG 1 3 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., <br><br> Plaintiffs, <br> v. <br><br> PETE WILSON, et al., <br><br> Defendants. | CASE NO. CV 94-7569 MRP |
| BARBARA AYALA, a Minor, By and Through her Guardian Ad Litem, ANDREA AYALA, etc., et al. <br><br> Plaintiffs, <br> v. <br><br> PETE WILSON, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED CASES | ORDER RE: ATTORNEY'S FEES FOR PLAINTIFFS BARBARA AYALA, et al. |

Docketed
Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

    Plaintiffs "Barbara Ayala, et al." filed a Stipulation to Submit on the Papers Filed Relative to the Barbara Ayala Plaintiffs' Motions for Attorney's Fees on May 11, 2001. After considering the papers in support of and in opposition to the Motion, and the pleadings and papers on file, the Court GRANTS the plaintiffs' Motions for Recovery of Attorney's Fees. The Court has used a standard 5% downward billing

484

adjustment on all billable hours. See Court Order, dated April 13, 2001. The total for Glick and Kumetz is $206,214.12. None of the out-of-pocket litigation expenses requested appear excessive. Thus, the out-of-pocket litigation expenses in the amount of $235.00 have been GRANTED.

The total sum of $206,449.12, multiplied by the 52-week Treasury Bill yield from March 1998 to the present, results in a judgment of $246,975.08. The plaintiffs shall be awarded interest on this judgment from the date of entry through the date of payment at the rate of the 52-week Treasury Bill.

IT IS SO ORDERED.

DATED: August 9, 2001

*Mariana R. Pfaelzer*
Hon. Mariana R. Pfaelzer
United States District Judge